# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4903**

January 8, 2013

Melvin K. Silverman, Esq.
Melvin K. Silverman & Associates, P.C.
One Gateway Center
Suite 2600
Newark, NJ 07102

Arnold B. Calmann, Esq.
Saiber, LLC
One Gateway Center
10th Floor
Newark, NJ 07102-5311

## LETTER ORDER

Re:   **Irrevocable Trust of Anthony J. Antonious v. Nike, Inc.**
      **Civil Action No. 11-6327 (KM)**

Dear Counsel:

This case has been reassigned to me for case management.

By or before February 1, 2013, each party is to deliver to the court a letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement and whether a status conference is presently needed. The Court will schedule the appropriate conference thereafter.

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc:   Clerk
      Hon. Kevin McNulty, U.S.D.J.
      File