IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br> Defendant. | Civil Action No. 2:11-cv-06327-KM-MCA <br><br> **JURY TRIAL DEMANDED** <br><br> *Document Filed Electronically* |

## CONSENT ORDER AMENDING SUPPLEMENTAL SCHEDULING ORDER

**THIS MATTER** having been opened to the Court by Defendant NIKE, Inc. ("NIKE"), by their attorneys of record herein, seeking entry of an Order amending the Supplemental Scheduling Order (ECF No. 67); and the Court having been informed in a letter dated August 22, 2014 from Arnold B. Calmann, Esq., counsel for defendant NIKE, Inc. that subject to the Court's approval, Plaintiff Irrevocable Trust of Anthony J. Antonious ("Trust") has agreed and consented to an amendment of the present case schedule as set forth below; and the Court having considered the status of these proceedings and the pleadings herein; and for other and good cause having been shown,

IT IS on this ___ day of _____, 2014,

**ORDERED THAT** the Supplemental Scheduling Order (ECF No. 67) be and the same is hereby amended as follows:

| Event | Date |
|---|---|
| Deadline for defendant to amend L. Pat. R. 3.2A non-infringement contentions and responses, amend L. Pat. R. 3.3 invalidity contentions, and supplement L. Pat. R. 3.4 document production | September 26, 2014 |
| Deadline for plaintiff to amend L. Pat. R. 3.4A | October 10, 2014 |

1

| | |
|---|---|
| responses to amended invalidity contentions | |
| Deadline for completing liability fact discovery | February 20, 2015 |
| Opening expert reports on liability issues for which a party bears the burden of proof | March 6, 2015 |
| Responsive expert reports on liability issues | April 6, 2015 |
| Deadline for completing expert discovery relating to liability issues | May 1, 2015 |
| Deadline to file dispositive motions on liability issues | On or before June 5, 2015 |
| Opposition to dispositive motions | 30 days after filing of dispositive motion |
| Reply to opposition to dispositive motions | 14 days after filing of opposition |
| Discovery on damages issues opens | 30 days after last court order granting or denying dispositive motions on liability issues |

**HONORABLE MADELINE COX ARLEO**
**UNITED STATES MAGISTRATE JUDGE**

2