IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS, <br><br>  Plaintiff, <br><br> v. <br><br> NIKE, INC., <br><br>  Defendant. | Civil Action No. 2:11-cv-06327- KM-JBC <br><br> *Document Filed Electronically* |

## ORDER GRANTING NIKE INC.'S MOTION TO SEAL

**THIS MATTER**, having come before the Court upon the Motion of NIKE Inc. ("NIKE"), pursuant to Local Civil Rule 5.3(c), to seal the entirety of (1) Exhibits A-D to the Brief of Plaintiff in Opposition to NIKE's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,735,754 (ECF No. 108 at 13-21); and (2) Exhibit B to the Declaration of Douglas Winfield in Support of Plaintiff's Opposition to NIKE's Motion for Summary Judgment (ECF No. 109 at 17-19) (the "Confidential Information"); and the Court having considered the papers submitted in support of the Motion; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by NIKE in support of its Motion (Dkt. No. 112-4); and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the Confidential Information; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown;

**IT IS** on this 4th day of August, 2015;

**ORDERED** that NIKE's Motion, pursuant to Local Civil Rule 5.3(c), to Seal the entirety of (1) Exhibits A-D to the Brief of Plaintiff in Opposition to NIKE's Motion for Summary

1

Judgment of Non-Infringement of U.S. Patent No. 5,735,754 (ECF No. 108 at 13-21); and (2) Exhibit B to the Declaration of Douglas Winfield in Support of Plaintiff's Opposition to NIKE's Motion for Summary Judgment (ECF No. 109 at 17-19) is **GRANTED**; and it is further

**ORDERED**: Plaintiff shall re-file its Opposition to Nike's Motion for Summary Judgment and the Winfield Declaration with each exhibit filed as a separate attachment. Plaintiff shall file Exs. A-D of the brief under seal and Ex. B to the Winfield Decl. under seal. The remainder of the documents shall be publically available.

_____
**HONORABLE JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**