Carol Guerrieri
Irrevocable Trust of Anthony Antonious
15 Rhonda Place
Wanaque, NJ 07465

March 24, 2016

<u>VIA: ELECTRONIC FILING AND FIRST CLASS MAIL</u>

Hon. James B. Clark, USMJ
United States District Court
District of New Jersey
Martin Luther King, Jr.,
Federal Building and Court House,
50 Walnut Street
Newark NJ 07101

RE: IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS v. NIKE, INC.
Civil Action No. 2:11-cv-06327-KM-JBC

Dear Judge Clark:

My name is Carol Guerrieri and I am the trustee for the above named company in the matter of *Irrevocable Trust of Anthony J. Antonious v. Nike, Inc.*

This is to advise the court that the attorney for Plaintiff, Mr. Melvin K. Silverman, has been ill since February 17, 2016 and is unable to perform at this time. A letter from Mr. Silverman's doctor is enclosed herewith.

Your Honor, I respectfully request that the court postpone this case until Mr. Silverman is able to return to work which is May 30, 2016, or unless new counsel is retained.

SO ORDERED
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: March 28, 2016

Respectfully submitted,

/Carol Guerrieri/
Carol Guerrieri
Trustee
Irrevocable Trust of Anthony J. Antonious

\*The Court will conduct a telephone status conference with the parties on June 2, 2016 at 11:00 AM. Counsel for plaintiff shall initiate the call



## Holy Cross Medical Group

**Michael Dolchin MD**
*Internal Medicine*
4725 North Federal Highway,
Ft. Lauderdale, FL 33308
(954) 938-0500   Fax (954) 772-6309

---

**MELVIN K. SILVERMAN**
DOB: 03/24/1943

Visit date: 03/21/2016

Magistrate Judge James B. Clark

Re: Melvin K. Silverman date of birth 03/24/1943

This patient is a 72-year-old man who had an acute cerebrovascular accident on 02/17/2016. He was hospitalized at that time at Holy Cross Hospital in Fort Lauderdale, Florida. He was found to have a blood stream infection, which involved 2 of his heart valves. After he was stabilized. He was taken to the operating room and had open heart surgery to replace the 2 infected valves. He continued on intravenous antibiotic therapy and in fact, he is still getting such therapy, daily through a long term intravenous catheter. He underwent intensive physical therapy and was finally discharged from the hospital on 03/17/2016.

Sincerely,

Michael J. Dolchin, M.D.


Electronically signed by:Michael  Dolchin MD  Mar 21 2016  5:34PM EST Author