IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRREVOCABLE TRUST OF ANTHONY J. ANTONIOUS,<br><br>      Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>      Defendant. | Civil Action No. 2:11-cv-06327- KM-JBC<br><br>*Document Filed Electronically* |

## ORDER GRANTING NIKE INC.'S MOTION TO SEAL

**THIS MATTER**, having come before the Court upon the Motion of NIKE Inc. ("NIKE"), pursuant to Local Civil Rule 5.3(c), to seal certain portions of the Declaration of Janice V. Mitrius Pursuant to the Court's March 2, 2016 Order (ECF No. 125) and Exhibit A thereto (the "Confidential Information"); and the Court having considered the papers submitted in support of the Motion; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by NIKE in support of its Motion; and the Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the Confidential Information; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown;

IT IS on this 31st day of May, 2016;

**ORDERED** that NIKE's Motion, pursuant to Local Civil Rule 5.3(c), to Seal certain portions of the Declaration of Janice V. Mitrius Pursuant to the Court's March 2, 2016 Order (ECF No. 125) and Exhibit A thereto is **GRANTED**; and it is further

**ORDERED** that the following certain portions of the Declaration of Janice V. Mitrius

1

Pursuant to the Court's March 2, 2016 Order (ECF No. 125) and Exhibit A thereto shall be sealed and maintained under seal by the Court:

- Declaration, Page 2, ¶5 first sentence
- Declaration, Page 3, Table at top of page
- Declaration, Page 3-4, ¶7, the billing rates in the second and third sentences
- Declaration, Page 4, ¶8, the billing rate in the first sentence
- Exhibit A, entire exhibit

_____
**HONORABLE JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**